**No. 10-146. Yao-Wen Chang, et al., Petitioners v. Baxter Healthcare Corporation, et al.**

562 U.S. 895, 131 S. Ct. 322, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6220.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 599 F.3d 728.

**No. 10-147. Thomas G. Wayland, Petitioner v. Charles F. McVay, United States Trustee.**

562 U.S. 895, 131 S. Ct. 323, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6156.

**No. 10-153. Thomas Paul Moyer, Vanessa Colleen Sturgeon, and Sonja R. Tune, Petitioners v. Oregon.**

562 U.S. 895, 131 S. Ct. 326, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6215.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Oregon denied.

Same case below, 348 Or. 220, 230 P.3d 7.

**No. 10-155. City of Long Beach, California, Petitioner v. Long Beach Area Chamber of Commerce, et al.**

562 U.S. 896, 131 S. Ct. 392, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6356.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 603 F.3d 684.

**No. 10-159. Arizona Association of Providers for Persons with Disabilities, et al., Petitioners v. J. Kenneth Mangum, Judge, Superior Court of Arizona, Maricopa County.**

562 U.S. 896, 131 S. Ct. 331, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6264.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 10-160. Kristen Baum, Petitioner v. AstraZeneca LP.**

562 U.S. 896, 131 S. Ct. 332, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6400.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 372 Fed. Appx. 246.

**No. 10-161. Romel Valentino White, Petitioner v. Mike Martel, Warden.**

562 U.S. 896, 131 S. Ct. 332, 178 L. Ed. 2d 146, 2010 U.S. LEXIS 6176.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 601 F.3d 882.